**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6721**

———————

MICHAEL T. STEPHENS,

                    Plaintiff – Appellant,

          v.

GARY KUBIC; PHILIP A. FOOT; CHARLERS ALLEN; JO ANN DEBOE;
CHARLES BUCH, Doctor; NURSE HOLDEN; NURSE CARLISE; SUSAN
FOOT; PAROLE AGENT ROWELL; SOUTHERN HEALTH PARTNERS
INCORPORATED,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (4:08-cv-00329-CMC)

———————

Submitted: November 15, 2011        Decided:  November 17, 2011

———————

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael T. Stephens, Appellant Pro Se. Marshall Hodges Waldron,
Jr., GRIFFITH & SADLER, PA, Beaufort, South Carolina; Elliott T.
Halio, HALIO & HALIO, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Stephens appeals the district court's order denying his Federal Rule of Civil Procedure 60(b), (d) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm. Stephens v. Kubic, No. 4:08-cv-00329-CMC (D.S.C. May 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED